UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN J. LONG, | ) |
| Plaintiff, | ) Case No. C04-2563-TSZ-JPD |
| v. | ) |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | ) ORDER |
| Defendant. | ) |

The Court, having reviewed plaintiff's complaint, all papers and exhibits in support and in opposition to that complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The final decision of the Commissioner is AFFIRMED and this action is DISMISSED.

(3) The Clerk is directed to send copies of this Order to the parties and to Magistrate Judge James P. Donohue.

DATED this _____ day of _____, 2005.

_____
THOMAS S. ZILLY
United States District Judge